UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ANTHONY JEROME STOKES, ) | |
| ) | |
| *Petitioner,* ) | No. 1:05-cv-286 |
| v. ) | *Edgar* |
| ) | |
| JIM WORTHINGTON, WARDEN, ) | |
| ) | |
| *Respondent.* ) | |

## **O R D E R**

For the reasons expressed by the Court in its memorandum filed herewith, the petition filed by Anthony Jerome Stokes pursuant to 28 U.S.C. § 2254 is **TRANSFERRED** to the United States Court of Appeals for the Sixth Circuit pursuant to 28 U.S.C. § 1631.

SO ORDERED.

ENTER this *25th day of October, 2005*.

                                                */s/ R. Allan Edgar*
                                                R. ALLAN EDGAR
                                      UNITED STATES DISTRICT JUDGE